# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROLAND ANDRA GOULD,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-00860-RDP-JHE |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

Petitioner Roland Andra Gould filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 1).  On September 29, 2023, the Magistrate Judge entered a Report and Recommendation recommending that the court dismiss the petition for lack of subject matter jurisdiction.  (Doc. 5).  Although the Magistrate Judge advised Petitioner of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus (Doc. 1) is due to be dismissed for lack of subject matter jurisdiction.[1]

A Final Order will be entered.

**DONE** and **ORDERED** this October 19, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability is not required to review a district court's dismissal of a habeas petition for lack of subject matter jurisdiction.  *Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004).